# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140530(113)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CLEINTE J. BUCKNER,
      Defendant-Appellee.

SC: 140530
COA: 281384
Oakland CC: 2006-211290-FC

_____/

On order of the Court, the motion for reconsideration of this Court's April 30, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830